

**MEMO ENDORSED**

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 10, 2014

By Electronic Mail

The Honorable Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
500 Pearl Street, Room 725
New York, New York 10007
E-mail: alcarternysdchambers@nysd.uscourts.gov

       Re:    United States v. Trent Martin,
                S1 12 Cr. 887 (ALC)

Dear Judge Carter:

       The defendant in the above-captioned matter is currently scheduled to be sentenced on March 15, 2014. The Government respectfully requests that the Court adjourn the sentence for an additional six months or to any date and time convenient to the Court. The defendant consents to this request.

                Respectfully submitted,

                PREET BHARARA
                United States Attorney

        By:   //s// Telemachus P. Kasulis
              Telemachus P. Kasulis
              John T. Zach
              Assistant United States Attorneys
              (212) 637-2411

cc:   Larry H. Krantz, Esq.

*Application granted. Sentencing adjourned to 9-26-14 at 2:00 p.m. So Ordered.*

*[signed] Andrew L. Carter*
*3-13-14*