# KRANTZ & BERMAN LLP

Larry H. Krantz
Marjorie E. Berman

Wendy Gerstmann Powell
*Special Counsel*

Kimberly A. Yuhas

David V. Kirby
Aaron Twersky
*Of Counsel*

Writer's E-mail
kyuhas@krantzberman.com

March 4, 2015

**BY ECF AND ELECTRONIC MAIL**

Honorable Andrew L. Carter
United States District Judge, SDNY
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007
Email: ALCarterNYSDChambers@nysd.uscourts.gov

    *Re:*    United States v. Martin, et al., 12-CR-887 (ALC)

Dear Judge Carter:

    We represent Trent Martin, who was a defendant in the above-captioned case, which the Court dismissed without prejudice on February 3, 2015, pursuant to a nolle prosequi submission from the United States Attorney.

    We enclose for Your Honor's review a proposed order exonerating the bail security conditions affecting Mr. Martin and the other obligors on the personal recognizance bond upon which he was released. The government, by AUSA Damian Williams, has reviewed the draft and consents to this application.

    We thank the Court for its consideration of this request.

                            Respectfully submitted,

                            Kimberly Yuhas

cc: All counsel (by ECF)